IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MYRNA SAGOONICK, ALLEN SAGOONICK and MURIEL SAGOONICK,<br><br>                Plaintiffs,<br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | Case No. 3:17-cv-00052-SLG |

## ORDER RE UNOPPOSED MOTION

Upon consideration of the United States' Unopposed Motion to Dismiss Defendants U.S. Department of Health and Social Services, Indian Health Service and Chugach-Muit, Inc. d/b/a North Star Health Clinic (Docket 7), the Court hereby GRANTS the motion.

IT IS ORDERED that the U.S. Department of Health and Social Services, Indian Health Service and Chugach-Muit, Inc. d/b/a North Star Health Clinic are all DISMISSED from this matter. The Clerk of Court is directed to amend the caption to be as set forth above.

DATED this 24th day of May, 2017 at Anchorage, Alaska.

                                            */s/ Sharon L. Gleason*
                                            UNITED STATES DISTRICT JUDGE