BRYAN SCHRODER
United States Attorney

MARIE C. SCHEPERLE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Marie.Scheperle@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MYRNA SAGOONICK, ALLEN SAGOONICK and MURIEL SAGOONICK<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:17-cv-00052 SLG |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

  The parties to the above-captioned lawsuit, through their undersigned attorneys, hereby stipulate and agree to dismiss this lawsuit with prejudice. Fed. R. Civ. P. 41. Each party shall bear its own fees and costs.

  RESPECTFULLY SUBMITTED this 21st day of December 2020, in

Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Marie C. Scheperle

MARIE C. SCHEPERLE
Assistant U.S. Attorney
Attorney for Defendant

s/ William H. Ingaldson (consent)

WILLIAM H. INGALDSON
Ingaldson Fitzgerald, P.C.
Attorneys for Plaintiffs

s/Robert M. Libbey (consent)

ROBERT M. LIBBEY
Robert M. Libbey Law Office
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2020,

*Sagoonick. v. United States* -2-
3:17-cv-00052 SLG

a copy of the foregoing
was served via electronic service on:

Robert M. Libbey
William H. Ingaldson

<u>s/ Marie C. Scheperle</u>

*Sagoonick. v. United States*          -3-
3:17-cv-00052 SLG